# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129173

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

CARLTON VIRGIL BURKS,
   Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129173
COA: 250169
Oakland CC: 2003-188223-FH

On order of the Court, the application for leave to appeal the June 23, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

Clerk

t1219